# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| R. SCOTT TOBIN, | ) |
| Plaintiff, | ) |
| v. | ) Case No.  CV412-207 |
| STEPHEN D. BARNHILL, | ) |
| Defendant. | ) |

## ORDER

The Court **GRANTS** the motion of Health Discovery Corporation (HDC) for an extension of time within which to file an Answer to defendant Stephen D. Barnhill's Third Party Complaint. Doc. 26. In fact, HDC shall be relieved from any further filing obligations until 14 days after this Court's ruling on plaintiff R. Scott Tobin's motion for remand, doc. 7. The Court **DENIES** Tobin's motion for contempt, doc. 24, as Barnhill's interpretation of the Stay Order that Tobin accuses him of violating is reasonable. Doc. 27. Finally, the Court **STAYS** *all* further activity in this case pending the district judge's remand ruling.

**SO ORDERED**, this 15th day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA